1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John J. Shea* for petitioner. *Messrs. Nathan A. Gibson, Joseph S. Hull, Thomas J. Flannelly,* and *Thomas S. Gibson* for respondent.

No. 919. GRAYSON C. POWELL, TRUSTEE, *v.* U. R. ANDERSON, BANKRUPT. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Fred T. Saussy* and *I. W. Rountree* for petitioner. No appearance for respondent.

No. 922. SOUTHERN PACIFIC COMPANY *v.* D. P. TRENHOLM, AS ADMINISTRATOR, ETC. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ben C. Dey* for petitioner. *Mr. Walter L. Tooze, Jr.* for respondent.

No. 926. PENNSYLVANIA RAILROAD COMPANY *v.* ANNA PATTERSON, ADMINISTRATRIX, ETC. March 8, 1926. Petition for writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Messrs. Frederic D. McKenney* and *Robert D. Dalzell* for petitioner. *Mr. J. Thomas Hoffman* for respondent.

No. 888. EDWARD A. NOLL *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. W. W. Dyar,* Special Assistant to the Attorney General, for the United States.

No. 918. UNITED STATES *v.* EDWARD P. BUCKENMEYER. March 15, 1926. Petition for writ of certiorari to the